Henrik Mosesi, Esq. (SBN: 189672)
Law Offices of Henrik Mosesi
433 N. Camden Drive
Sixth Floor
Beverly Hills, CA 90210
310-734-4269
Fax: 310-734-4053
Email: hmosesi@gmail.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

MALIBU MEDIA, LLC,

Plaintiff,

vs.

JOHN DOE subscriber assigned IP address 108.228.12.17,

Defendant.

Case Number: 3:16-cv-5975-WHA

**DECLARATION OF HENRIK MOSESI, ESQ. IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PLAINTIFF'S EXHIBITS IN SUPPORT OF ITS RESPONSE TO THIS COURT'S ORDER TO SHOW CAUSE**

I, **Henrik Mosesi**, hereby declare:

1. I am an attorney at the Law Offices of Henrik Mosesi, attorneys for Plaintiff. Unless otherwise stated, I have personal knowledge of the following facts and if, called and sworn as a witness, could and would competently testify thereto.

2. Contemporaneously with this Motion to File Under Seal, I am filing Plaintiff's Response to this Court's Order to Show Cause ("Response").

3. In order to sufficiently provide factual support to it's Response, several Exhibits are included which contain the doe defendants names or other identifying information from all of Plaintiff's cases filed in the Northern District of California since July 2016. Pursuant to the Court's orders filed in each of those cases, this information should remain under seal.

**FURTHER DECLARANT SAYETH NAUGHT**

**DECLARATION**

**PURSUANT TO 28 U.S.C. § 1746**, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 16th day of May, 2017

LAW OFFICES OF HENRICK MOSESI

/s/ Henrik Mosesi, Esq.
HENRIK MOSESI, ESQ
Attorney for Plaintiff