1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALIBU MEDIA, LLC,

          Plaintiff,

  v.

JOHN DOE subscriber assigned IP
Address 108.228.12.17,

          Defendant.

_____/

No. C 16-05975 WHA

**ORDER RE SEALING MOTION**

     In response to an order to show cause, Malibu Media filed a declaration from its
counsel, with exhibits setting forth the circumstances of each voluntary dismissal in cases filed
in October 2016. It now seeks to file the entire declaration under seal inasmuch as the records
include the identifying information of the defendants in each action, which is subject to a
protective order. That is the sole basis for Malibu Media's sealing motion.

     Pursuant to Civil L.R. 79-5(d)(1)(c), "a redacted version of the document that is sought
to be filed under seal" must also be filed. Although Malibu Media's submissions certainly
include identifying information that warrants sealing, the vast majority of the material does *not*
warrant sealing. Malibu Media's motion is **HELD IN ABEYANCE**, pending submission of a
redacted version redacting *only* each defendant's personal identifying information.

     By way of guidance, Malibu Media's profiles describing the defendants, which identify
the defendants as "elderly," a "business entity," or "struggling financially" are sufficiently
anonymized to protect the defendants. Additionally, Exhibit 1, which contains no identifying

information beyond the city of the defendants identified by ISPs in response to subpoenas, may be filed without redaction.

Malibu Media shall file its redacted submission by **TOMORROW, MAY 17, AT 6:00 P.M.** Failure to timely file the redacted submission as required by the Local Rules will result in striking of the affected materials.

**IT IS SO ORDERED.**

Dated:   May 16, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE