IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*In re Malibu Media BitTorrent Copyright Infringement Litigation*

No. C 16-05824 WHA
No. C 16-05920 WHA
No. C 16-05975 WHA
No. C 16-06143 WHA
No. C 16-06240 WHA
No. C 16-06247 WHA
No. C 16-06249 WHA

**NOTICE RE CASE MANAGEMENT CONFERENCES**

Case management conferences in each of the seven above-captioned actions are scheduled for **TOMORROW, MAY 18 AT 11:00 A.M.** Counsel shall please come prepared with accurate information about whether they have received a response from the Internet service providers in each action (and if so, when) and whether the defendants have been formally served in each action (and if so, when).

Dated: May 17, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE