IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALIBU MEDIA, LLC,

    Plaintiff,

  v.

JOHN DOE subscriber assigned IP Address 108.228.12.17,

    Defendant.

No. C 16-05975 WHA

**FURTHER ORDER RE SEALING MOTION**

At today's hearing, counsel for Malibu Media shall please also come prepared to explain why its public filing of its response to the order to show cause redacted information such as the amounts it paid to Internet service providers for processing its subpoenas and whether its requests were "Urgent" or "For Review."

**IT IS SO ORDERED.**

Dated: May 18, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE