IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN DOE subscriber assigned IP Address 108.228.12.17,<br><br>    Defendant.<br>                                      / | No. C 16-05975 WHA<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING SEALING MOTION** |

The Court is satisfied that Malibu Media's recent pattern of voluntary dismissals did not relate to inaccuracies with the geolocation database it used to match the defendants' IP addresses to this district. Accordingly, the order to show cause is **DISCHARGED**.

To be clear, this order does *not* make any findings regarding the accuracy of the geolocation technology or in any way approve its use.

Additionally, Malibu Media's sealing motions is **GRANTED**.

**IT IS SO ORDERED.**

Dated: May 18, 2017.

                                                      WILLIAM ALSUP
                                                      UNITED STATES DISTRICT JUDGE